**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **TIMOTHY M. COTTER** | : | BK. No. 17-13357-jkf |
| **MELISSA S. COTTER** | : | |
|     **Debtors** | : | **Chapter No. 13** |
| | : | |
| **FREEDOM MORTGAGE CORPORATION** | : | |
|     **Movant** | : | |
|     v. | : | |
| **TIMOTHY M. COTTER** | : | 11 U.S.C. §362 |
| **MELISSA S. COTTER** | : | |
|     **Respondents** | : | |

**ORDER**

  AND NOW, this 30th day of June, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

  **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: June 30, 2020**

                       **ASHELY M. CHAN**,
                       **Bankruptcy Judge**

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

PAUL H. YOUNG
YOUNG, MARR & ASSOCIATES
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA 19020

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

TIMOTHY M. COTTER
216 S. 10TH STREET
QUAKERTOWN, PA 18951

MELISSA S. COTTER
216 S. 10TH STREET
QUAKERTOWN, PA 18951

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103