**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Timothy M. Cotter                       CHAPTER 13
       Melissa S. Cotter

           Debtor(s)                      BKY. NO. 17-13357 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                              Respectfully submitted,

                              /s/Rebecca A. Solarz
                              Rebecca Solarz
                              15 Oct 2020, 16:51:17, EDT

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322