UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Gregg & Lauren Holden      :   Bankruptcy No. 20-13137

Debtor      :   Chapter 13

**ORDER**

AND NOW, this _____ day of _____ , 20__, upon consideration of Debtors' Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtors' Modified 7th Amended Chapter 13 Plan shall be confirmed.

**BY THE COURT:**

_____
Honorable Ashely M Chan
United States Bankruptcy Court

**Date: July 21, 2022**