**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| TIMOTHY M. COTTER | : Chapter 13 |
| and | : |
| MELISSA S. COTTER | : |
| | : |
| Debtors | : Bankruptcy No. 17-13357AMC |

**ORDER**

**AND NOW**, upon consideration of the Motion for Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any disbursements to Young, Marr and Associates in this case, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the $750.00 being held by his office to remaining unpaid creditors in accordance with the terms of the modified Chapter 13 Plan.

BY THE COURT

Dated: _____

**Date: March 31, 2021**

_____
**HON. ASHELY M. CHAN,**
**BANKRUPTCY JUDGE**