Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-13357-AMC

TIMOTHY M. COTTER
MELISSA S. COTTER
216 S. 10TH STREET
QUAKERTOWN  PA    18951

Petition Filed Date: 05/11/2017
341 Hearing Date: 07/28/2017
Confirmation Date: 12/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 04/27/2020 | $475.00 | 31003523 | 04/29/2020 | $475.00 | 31018581 | 05/13/2020 | $475.00 | 31203752 |
| 08/26/2020 | $475.00 | 32250989 | 12/03/2020 | $475.00 | 33250499 | 01/21/2021 | $475.00 | 33713465 |
| 03/08/2021 | $475.00 | 34144609 | 03/15/2021 | $475.00 | 34244602 | | | |

**Total Receipts for the Period: $3,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,191.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 18 | ACE CASH EXPRESS »» 018 | Unsecured Creditors | $1,149.00 | $0.00 | $1,149.00 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 008 | Unsecured Creditors | $110.24 | $0.00 | $110.24 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 005 | Unsecured Creditors | $496.89 | $0.00 | $496.89 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 006 | Unsecured Creditors | $590.43 | $0.00 | $590.43 |
| 7 | BECKET & LEE, LLP »» 007 | Unsecured Creditors | $516.18 | $0.00 | $516.18 |
| 17 | CAVALRY SPV I LLC »» 017 | Unsecured Creditors | $670.38 | $0.00 | $670.38 |
| 4 | FREEDOM MORTGAGE CORPORATION »» 004 | Mortgage Arrears | $17,884.39 | $13,850.22 | $4,034.17 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $850.92 | $0.00 | $850.92 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $557.61 | $0.00 | $557.61 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $502.45 | $0.00 | $502.45 |
| 15 | MARINER FINANCE LLC »» 015 | Unsecured Creditors | $4,011.44 | $0.00 | $4,011.44 |
| 16 | MARINER FINANCE LLC »» 016 | Unsecured Creditors | $1,388.28 | $0.00 | $1,388.28 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 014 | Unsecured Creditors | $1,166.98 | $0.00 | $1,166.98 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $2,371.05 | $0.00 | $2,371.05 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $463.54 | $0.00 | $463.54 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $3,011.36 | $0.00 | $3,011.36 |

**Chapter 13 Case No. 17-13357-AMC**

| 2 | SOUTHERN AUTO FINANCE COMPANY »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 19 | FREEDOM MORTGAGE CORPORATION »» 04P | Secured Creditors | $5,844.58 | $967.11 | $4,877.47 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,191.00 | Current Monthly Payment: | $348.00 |
| Paid to Claims: | $14,817.33 | Arrearages: | $884.00 |
| Paid to Trustee: | $1,373.67 | Total Plan Base: | $28,211.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.