*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy M. Cotter and
Melissa S. Cotter
    Debtor(s)

Case No: 17–13357–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Filed by REBECCA ANN SOLARZ on behalf of Freedom Mortgage Corporation

on: 8/3/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/22/22

Timothy B. McGrath
Clerk of Court

81 – 78
Form 167