### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Timothy M. Cotter<br>         Melissa S. Cotter<br>                     Debtor(s) | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION<br>                    v.<br>Timothy M. Cotter<br>Melissa S. Cotter<br>                    and<br>Scott F. Waterman<br>                     Trustee | NO. 17-13357 AMC |

## ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 30, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 216 South 10th Street Quakertown, PA 18951.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 22, 2022**                                              United States Bankruptcy Judge.

cc: See attached service list