Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 17-13357-AMC**

TIMOTHY M. COTTER  
MELISSA S. COTTER  
216 S. 10TH STREET  
QUAKERTOWN  PA    18951

Petition Filed Date: 05/11/2017  
341 Hearing Date: 07/28/2017  
Confirmation Date: 12/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2022 | $700.00 | | 09/20/2022 | $500.00 | | 10/26/2022 | $500.00 | 39980944 |
| 02/14/2023 | $500.00 | | 04/11/2023 | $800.00 | 1299 | 05/16/2023 | $900.00 | |
| 06/21/2023 | $630.00 | | | | | | | |

**Total Receipts for the Period: $4,530.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,781.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 18 | ACE CASH EXPRESS<br>»» 018 | Unsecured Creditors | $1,149.00 | $0.00 | $1,149.00 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $110.24 | $0.00 | $110.24 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 005 | Unsecured Creditors | $496.89 | $0.00 | $496.89 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 006 | Unsecured Creditors | $590.43 | $0.00 | $590.43 |
| 7 | CAPITAL ONE NA<br>»» 007 | Unsecured Creditors | $516.18 | $0.00 | $516.18 |
| 17 | CAVALRY SPV I LLC<br>»» 017 | Unsecured Creditors | $670.38 | $0.00 | $670.38 |
| 4 | FREEDOM MORTGAGE CORPORATION<br>»» 004 | Mortgage Arrears | $17,884.39 | $17,812.98 | $71.41 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $850.92 | $0.00 | $850.92 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $557.61 | $0.00 | $557.61 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $502.45 | $0.00 | $502.45 |
| 15 | MARINER FINANCE LLC<br>»» 015 | Unsecured Creditors | $4,011.44 | $0.00 | $4,011.44 |
| 16 | MARINER FINANCE LLC<br>»» 016 | Unsecured Creditors | $1,388.28 | $0.00 | $1,388.28 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $1,166.98 | $0.00 | $1,166.98 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $2,371.05 | $0.00 | $2,371.05 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $463.54 | $0.00 | $463.54 |

**Chapter 13 Case No. 17-13357-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $3,011.36 | $0.00 | $3,011.36 |
| 2 | SOUTHERN AUTO FINANCE COMPANY »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FREEDOM MORTGAGE CORPORATION »» 04P | Secured Creditors | $5,844.58 | $5,758.25 | $86.33 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 20 | BARCLAY BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | ERC/ENHANCED RECOVERY CORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | ONEMAIN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | TEK COLECT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,781.00 | Current Monthly Payment: | $348.00 |
| Paid to Claims: | $23,571.23 | Arrearages: | $690.00 |
| Paid to Trustee: | $2,209.77 | Total Plan Base: | $28,211.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.