*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy M. Cotter and
Melissa S. Cotter
    Debtor(s)

Case No: 17–13357–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Freedom Mortgage Corporation Filed by Melissa S. Cotter, Timothy M. Cotter (related document(s)119).

on: 12/6/23

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/17/23

Timothy B. McGrath
Clerk of Court

121 – 120
Form 167