United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13357-amc |
| Timothy M. Cotter | Chapter 13 |
| Melissa S. Cotter | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 17, 2023 | Form ID: 167 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy M. Cotter, Melissa S. Cotter, 216 S. 10th Street, Quakertown, PA 18951-1528 |
| cr | | SOUTHERN AUTO FINANCE COMPANY c/o PERITUS PORTFOLI, P.O. Box 141419, Irving, TX 75014-1419 |
| 14004049 | + | ACE CASH EXPRESS, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 13952681 | | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14806358 | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 13916959 | | Freedom Mortgage Corp, c/o Mario J. Hanyon, Esquire, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Phila., PA 19103 |
| 14553090 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq, 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 13921591 | +++ | SOUTHERN AUTO FINANCE COMPANY, c/o PERITUS PORTFOLIO SERVICES II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:40:40 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 17 2023 23:40:36 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13916953 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 17 2023 23:39:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13916952 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 17 2023 23:39:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13916956 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:40:39 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13916957 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:40:37 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 13916954 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:40:39 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13916955 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2023 23:40:33 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13953600 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 23:58:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14003828 | + | Email/Text: bnc@bass-associates.com | Nov 17 2023 23:38:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 13916958 | + | Email/Text: bknotice@ercbpo.com | Nov 17 2023 23:39:11 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 167 | Total Noticed: 43 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 13916960 | + Email/Text: Bankruptcy@Freedommortgage.com | Nov 17 2023 23:39:00 | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 13951647 | + Email/Text: Bankruptcy@Freedommortgage.com | Nov 17 2023 23:39:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 13916962 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 17 2023 23:40:39 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 13916961 | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 17 2023 23:40:27 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13916964 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2023 23:38:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13916963 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2023 23:38:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13984038 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 23:40:36 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13996239 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 23:39:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13916965 | + Email/Text: bankruptcy@marinerfinance.com | Nov 17 2023 23:39:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 13951495 | Email/PDF: cbp@omf.com | Nov 17 2023 23:58:26 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13916966 | + Email/PDF: cbp@omf.com | Nov 17 2023 23:58:58 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 13916967 | + Email/PDF: cbp@omf.com | Nov 17 2023 23:40:36 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 13916969 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:58:03 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 13916968 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:40:40 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13987292 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 23:40:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13922341 | + Email/PDF: rmscedi@recoverycorp.com | Nov 17 2023 23:58:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13988812 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2023 23:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13916970 | + Email/Text: legal@gosafco.com | Nov 17 2023 23:38:00 | Safco, 5900 Lake Ellenor Dr, Orlando, FL 32809-4643 |
| 13918802 | + Email/PDF: ebn_ais@aisinfo.com | Nov 17 2023 23:40:29 | Spot Loan, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13916972 | + Email/Text: Bankruptcy@TekCollect.com | Nov 17 2023 23:39:00 | TekCollect Inc, 871 Park St, Columbus, OH 43215-1441 |
| 13916971 | + Email/Text: Bankruptcy@TekCollect.com | Nov 17 2023 23:39:00 | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 13916974 | + Email/Text: bnc-thebureaus@quantum3group.com | Nov 17 2023 23:39:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 13916973 | + Email/Text: bnc-thebureaus@quantum3group.com | Nov 17 2023 23:39:00 | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 13970654 | Email/PDF: ebn_ais@aisinfo.com | Nov 17 2023 23:40:35 | Verizon, by American InfoSource LP as agent, PO |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 167 | Total Noticed: 43 |

Box 248838, Oklahoma City, OK 73124-8838

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Spot Loan by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14001322 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14105344 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023                       Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  mmorris@pincuslaw.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Timothy M. Cotter support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Melissa S. Cotter support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |

District/off: 0313-2 | User: admin | Page 4 of 4

Date Rcvd: Nov 17, 2023 | Form ID: 167 | Total Noticed: 43

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy M. Cotter and
Melissa S. Cotter
    Debtor(s)

Case No: 17−13357−amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Freedom Mortgage Corporation Filed by Melissa S. Cotter, Timothy M. Cotter (related document(s)119).

    on: 12/6/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/17/23

Timothy B. McGrath
Clerk of Court

121 − 120
Form 167