United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-13357-amc
Timothy M. Cotter  Chapter 13
Melissa S. Cotter
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: May 29, 2024      Form ID: 138OBJ      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy M. Cotter, Melissa S. Cotter, 216 S. 10th Street, Quakertown, PA 18951-1528 |
| 14004049 | + | ACE CASH EXPRESS, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 14806358 | | Bureaus Investment Group Portfolio No 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 13916959 | | Freedom Mortgage Corp, c/o Mario J. Hanyon, Esquire, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Phila., PA 19103 |
| 14553090 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq, 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 13921591 | +++ | SOUTHERN AUTO FINANCE COMPANY, c/o PERITUS PORTFOLIO SERVICES II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2024 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13952681 | | Email/Text: bnc-thebureaus@quantum3group.com | May 29 2024 23:57:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13916953 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 29 2024 23:57:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13916952 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 29 2024 23:57:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13916956 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:21 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13916957 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:44 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 13916954 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:14 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13916955 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:50 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13953600 | | Email/PDF: bncnotices@becket-lee.com | May 30 2024 00:08:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14003828 | + | Email/Text: bnc@bass-associates.com | May 29 2024 23:57:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 42 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13916958 | + | Email/Text: bknotice@ercbpo.com | May 29 2024 23:58:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13916960 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 29 2024 23:57:00 | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 13951647 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 29 2024 23:57:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 13916962 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 30 2024 00:08:32 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 13916961 |   | Email/PDF: ais.fpc.ebn@aisinfo.com | May 30 2024 00:08:33 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13916964 | + | Email/Text: PBNCNotifications@peritusservices.com | May 29 2024 23:57:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13916963 | + | Email/Text: PBNCNotifications@peritusservices.com | May 29 2024 23:57:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13984038 |   | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:13 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13996239 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 23:57:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13916965 | + | Email/Text: bankruptcy@marinerfinance.com | May 29 2024 23:57:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 13951495 |   | Email/PDF: cbp@omf.com | May 30 2024 00:19:05 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13916966 | + | Email/PDF: cbp@omf.com | May 30 2024 00:08:48 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 13916967 | + | Email/PDF: cbp@omf.com | May 30 2024 00:08:44 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 13916969 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 00:19:09 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 13916968 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 00:08:44 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13987292 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 00:08:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13922341 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 00:08:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13988812 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2024 23:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13916970 | + | Email/Text: legal@gosafco.com | May 29 2024 23:57:00 | Safco, 5900 Lake Ellenor Dr, Orlando, FL 32809-4643 |
| 13918802 | + | Email/PDF: ebn_ais@aisinfo.com | May 30 2024 00:08:21 | Spot Loan, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13916972 | + | Email/Text: Bankruptcy@TekCollect.com | May 29 2024 23:57:00 | TekCollect Inc, 871 Park St, Columbus, OH 43215-1441 |
| 13916971 | + | Email/Text: Bankruptcy@TekCollect.com | May 29 2024 23:57:00 | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 13916974 | + | Email/Text: bnc-thebureaus@quantum3group.com | May 29 2024 23:57:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 13916973 | + | Email/Text: bnc-thebureaus@quantum3group.com | May 29 2024 23:57:00 | The Bureaus Inc, 650 Dundee Rd, Ste 370, |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 42 |

| | | |
|---|---|---|
| 13970654 | Email/PDF: ebn_ais@aisinfo.com<br>May 30 2024 00:08:13 | Northbrook, IL 60062-2757<br>Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14001322 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14105344 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com mmorris@pincuslaw.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Timothy M. Cotter support@ymalaw.com<br>ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Melissa S. Cotter support@ymalaw.com<br>ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 42 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy M. Cotter and Melissa S. Cotter

        Debtor(s)

Case No: 17−13357−amc

Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/29/24

142 − 139
Form 138OBJ