Certificate Number: 05781-PAE-DE-038592080

Bankruptcy Case Number: 17-13357



05781-PAE-DE-038592080

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2024, at 10:17 o'clock AM PDT, Timothy Cotter completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 20, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President