**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy M. Cotter<br>Melissa S. Cotter<br>**Debtor(s)** | BK NO. 17-13357 AMC<br><br>Chapter 13 |
| **FREEDOM MORTGAGE**<br>**CORPORATION**<br>**Movant**<br>vs.<br>Timothy M. Cotter<br>Melissa S. Cotter<br>**Debtor(s)**<br><br>Scott F. Waterman,<br>**Trustee** | Related to Claim No. 4 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 29, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Timothy M. Cotter
216 South 10th Street
Quakertown, PA 18951

Melissa S. Cotter
216 South 10th Street
Quakertown, PA 18951

Attorney for Debtor(s)
Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: October 29, 2021

                                            **/s/Denise Carlon Esquire**
                                            Denise Carlon Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            201-549-2363
                                            dcarlon@kmllawgroup.com